UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Steven John Mullenix, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| North Carolina Conference of the | ) | No. 5:12-CV-34-BR |
| United Methodist Church, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion to dismiss is ALLOWED. This case is DISMISSED WITHOUT PREJUDICE.

**This judgment filed and entered on July 16, 2012, and served on:**

Wilson Hayman (via CM/ECF Notice of Electronic Filing)
Kevin Michael Ceglowski (via CM/ECF Notice of Electronic Filing)
Steven John Mullenix (via US Mail at 3727 NC Highway 58, Warrenton, NC 27589)

July 16, 2012         /s/ Julie A. Richards,
                      Clerk of Court